**No. 45276.**—Protest 27160–K of General Dyestuff Corp. (New York).

Opinion by Brown, J.  In accordance with stipulation of counsel the mixture in question was held dutiable at 1.50 cents per pound under section 702, Revenue Act of 1938, on the weight of the contested item.

**No. 45277.**—Protest 20256–K of Stendrup & Co., Inc. (New York).

Opinion by Brown, J.  There was no appearance on the part of the plaintiff at the hearing of this protest.  On the record presented the protest was overruled.

**No. 45278.**—Petitions 6047–R, etc., of New York Mdse. Co., Inc. (New York).

Opinion by Brown, J.  The petitions were dismissed.

**No. 45279.**—Protest 32798–K of Maurice Levy (New York).

Opinion by Oliver, P. J.  It was stipulated that the merchandise consists of atomizers chiefly used in the household and similar to those the subject of *Rice* v. *United States* (T. D. 49373).  The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 45280.**—Protests 772792–G, etc., of Saks & Co., Inc. (New York).

Opinion by Oliver, P. J.  In accordance with stipulation of counsel and on the authority of Abstract 44140 the glass atomizers in question were held dutiable at 60 percent under paragraph 218 (f) as claimed.

**No. 45281.**—Protests 923995–G (B), etc., of A. Cohen & Sons Corp. et al. (New York).

Opinion by Oliver, P. J.  In accordance with stipulation of counsel and on the authority of Abstract 44140 the glass atomizers in question were held dutiable at 60 percent under paragraph 218 (f) as claimed.

**No. 45282.**—Protests 988544- G, etc., of Blefeld & Goodfriend, Inc., et al. (New York).

Opinion by Oliver, P. J.  In accordance with stipulation of counsel and on the authority of Abstract 44140 the glass atomizers in question were held dutiable at 60 percent under paragraph 218 (f) as claimed.